

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Ex Parte: Gilberto Aguilar, | § | No. 08-12-00369-CR |
| Appellant. | § | Appeal from the |
| | § | 243rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20100D03082-243-1) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **December 14, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **December 14, 2013.**

IT IS SO ORDERED this 20th day of November, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.